UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARCO ANTONIO COVARRUBIAS-PARTIDA** | : | **CIVIL ACTION NO. 16-00866** |
| **VERSUS** | : | **JUDGE MINALDI** |
| **PHILIP T. MILLER, ET AL** | : | **MAGISTRATE JUDGE KAY** |

### REPORT AND RECOMMENDATION

Before the court is the habeas corpus petition filed by plaintiff on June 20, 2016. At the time plaintiff filed this complaint he was an inmate at the Federal Detention Center in Oakdale, Louisiana. Doc. 1.

On August 22, 2016, the clerk's office mailed documents to plaintiff at the address he provided and the documents were returned marked "inmate not at this institution." Doc. 7, p. 1.

Federal Rules of Civil Procedure Rule 41(b) permits dismissal of claims "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order ..." The district court also has the inherent authority to dismiss an action *sua sponte*, without motion by a defendant. *Link v. Wabash R.R.Co.*, 370 U.S. 626, 630-31, 82 S.Ct. 1386, 1388-89, 8 L.Ed.2d 734 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 629-30.

Further, Local Rule 41.3 provides in part, "[t]he failure of a[ ] ... pro se litigant to promptly notify the court in writing of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the court for the reason of an incorrect address and no correction is made to the address for a period of 30 days." More than thirty days have elapsed

since the court's correspondence was returned and plaintiff has failed to provide an updated address.

Therefore,

**IT IS RECOMMENDED** that plaintiff's habeas corpus petition be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR41.3.

Under the provisions of 28 U.S.C. §636(b)(1)(C) and Fed.R.Civ.Proc. 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this report and recommendation to file specific, written objections with the clerk of court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.

THUS DONE this 30th day of September, 2016.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE