


RECEIVED
IN LAKE CHARLES, LA
NOV 1 0 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARCO ANTONIO COVARRUBIAS-PARTIDA | * | CIVIL ACTION NO. 2:16-CV-00866 |
| v. | * | JUDGE MINALDI |
| PHILIP T. MILLET, ET AL. | * | MAGISTRATE JUDGE KAY |

*******************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc.8) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Federal Rule of Civil Procedure 41(b) and Local Rule 41.3.

Lake Charles, Louisiana, this 8 day of Nov, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

1